## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONE DRY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JEFF DELONJAY ) | Case No. 3:18-cv-03224-SEM-TSH |
| ) | |
| Defendant. ) | |

### STATUS REPORT CONCERNING SERVICE OF PROCESS ON DEFENDANT

Bone Dry, Inc., through its counsel, and in response to this Court's December 10, 2018 order, hereby submits its status report showing cause as to why the case should not be dismissed without prejudice for want of prosecution.

The parties have reached an agreement in principle, and are in the process of completing a draft settlement agreement. As a result, Bone Dry, Inc. respectfully requests that the Court extend the time for service of the complaint sixty days, to February 7, 2019.

Respectfully submitted,

Dated:  December 17, 2018

Jonathan P. Froemel
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, Il  60606
312-357-1313
jfroemel@btlaw.com

Attorneys for Bone Dry, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on December 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  A courtesy copy was provided to the Defendant via e-mail.

BARNES & THORNBURG LLP

By  /s/   Jonathan P. Froemel

DMS 13692481